FILED
2022 JUN 30 PM 4:32
CLERK
U.S. DISTRICT COURT

Kristine M. Larsen (9228)
Blake M. Biddulph (15541)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
klarsen@rqn.com
bbidulph@rqn.com

*Attorneys for Defendant Shock Doctor, Inc. d/b/a Shock Doctor*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT HILD,<br><br>　　Plaintiff,<br><br>vs.<br><br>SHOCK DOCTOR, INC. D/B/A/ UNITED SPORTS BRAND,<br><br>　　Defendants. | **ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:21-cv-00108-BSJ<br><br>Judge Bruce S. Jenkins |

　　Based on the parties Stipulation of Voluntary Dismissal with Prejudice, and good cause appearing,

　　IT IS HEREBY ORDERED THAT this action and all claims and defenses that were asserted or could have been asserted in this action, and all parties to this action are dismissed with prejudice.

　　DATED this 30th day of June, 2022.

BY THE COURT:

Bruce S. Jenkins
United States Judge

APPROVED AS TO FORM:

Bakari T. Seller
Jessica L. Fickling
STROM LAW FIRM


CREEKSIDE LEGAL, PLLC.


*/s/ Matthew Schmoldt*
Matthew Schmoldt
*Attorneys for Plaintiff*

1608326